# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――――

No. 201700068

―――――――――――――

## UNITED STATES OF AMERICA
Appellee

v.

## CHRISTOPHER M. STRIFLER
Information Systems Technician Third Class (E-4), U.S. Navy
Appellant

―――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commander, Navy Region Northwest,
Silverdale, WA.
Staff Judge Advocate's Recommendation: Commander Justin L.
Hawks, JAGC, USN.
For Appellant: Captain Bree A. Ermentrout, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

―――――――――――――

Decided 30 May 2017

―――――――――――――

Before MARKS, JONES, and MILLER, *Appellate Military Judges*

―――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

The supplemental court-martial order shall reflect that following arraignment the government withdrew certain language from Specification 1 of Charge 1 and that the specification the appellant was found guilty of reads, "In that Information Systems Technician Third Class Christopher M. Strifler, U.S. Navy, USS JOHN C, STENNIS (CVN 74) on active duty, did, at or near Bremerton, Washington, on or about 21 August 2015, knowingly and wrongfully

possess child pornography, to wit: digital images of minors engaged in sexually explicit conduct, such conduct being of a nature to bring discredit upon the armed forces."

For the Court



R.H. TROIDL
Clerk of Court